1

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

2

3

4

5

6

Attorneys for Defendant

7

8

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

JANICE M. BUSCHMANN,

13

CASE NO. 2:04-CV-01984-PAN

Plaintiff,

14

15

v.

STIPULATION AND [proposed]
ORDER SETTLING ATTORNEY'S
FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

16

JO ANNE B. BARNHART,
 Commissioner of
 Social Security,

17

18

Defendant.

19

20

21

22

        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

23

subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the

24

Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND SIX HUNDRED AND

25

00/100 DOLLARS ($4,600.00).  This amount represents compensation for legal services rendered on

26

behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

27

        This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs

28

1

1  under the EAJA, and does not constitute an admission of liability on the part of defendant under the

2  EAJA.  Payment of the FOUR THOUSAND SIX HUNDRED AND 00/100 DOLLARS ($4,600.00)

3

4  in fees shall constitute a complete release from and bar to any and all claims plaintiff may have

5  relating to EAJA fees and costs in connection with this action.

6  DATED: August 8, 2005                              _/s/ James O. Keefer_____
                                                      JAMES O. KEEFER
7                                                     Attorney at Law

8                                                     Attorney for Plaintiff
9

10

11  DATED: August 9, 2005                             McGREGOR W. SCOTT
                                                      United States Attorney
12

13                                              By: _/s/ Bobbie J. Montoya_____
                                                    BOBBIE J. MONTOYA
14                                                  Assistant U. S. Attorney

15                                                  Attorneys for Defendant
16

17  OF COUNSEL

18  LUCILLE GONZALES MEIS
    Chief Counsel, Region IX
19

20  LORNA K. LI
    Assistant Regional Counsel
21

22  Social Security Administration

23

24

25

26

27

---

28  Re:   JANICE M. BUSCHMANN v. JO ANNE B. BARNHART, CASE NO. 2:04-CV-01984-PAN, Stipulation and Order
    Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

**_____oOo_____**

**ORDER**

     **Upon stipulation of the parties, plaintiff in CASE NO. 2:04-CV-01984-PAN, <u>JANICE M.</u>**

**<u>BUSCHMANN</u> v. Jo Anne B. Barnhart, is hereby awarded attorney fees in the amount of**

**$4,600.00, pursuant to the Equal Access to Justice Act.**

     **APPROVED AND SO ORDERED.**

**DATED:  August 15, 2005.**            /s/ Peter A. Nowinski
                                    **PETER A. NOWINSKI**
                                    **UNITED STATES MAGISTRATE JUDGE**